

| | |
|---|---|
| NEW YORK | 750 Third Avenue |
| Boston | 25th Floor |
| Las Vegas | New York, NY 10017 |
| Los Angeles | Telephone (212) 668-5927 |
| Paris | Facsimile (212) 668-5929 |
| Redwood City | www.rmkb.com |
| San Francisco | |
| San Jose | Andrew L. Margulis |
| Seattle | (646) 454-3242 |

andrew.margulis@rmkb.com

April 11, 2017

**VIA ECF**

Honorable Gary Feinerman
United States District Judge
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

    Re:    DBT Group, Inc. v. Sunoco, Inc., et al.
            17-cv-02006

Dear Judge Feinerman:

    This firm represents defendants Infocrossing, Inc. and Wipro Data Center and Cloud Services, Inc. in the referenced matter.

    We write with the consent of all parties to advise the Court that the parties have reached a settlement. The parties are currently finalizing settlement documentation, which will be followed by the exchange of the consideration for the settlement, and expect to be in a position to file a dismissal of this action with prejudice within approximately forty-five (45) days.

    The time to respond to the complaint expires on Friday, April 14, 2017. Given the settlement, we respectfully ask that the Court adjourn and hold all deadlines and scheduled hearings in abeyance to allow the parties to complete the settlement, after which the dismissal of this action will be filed.

    We thank the Court for its consideration of this matter.

                                 Very truly yours,

                                 Andrew L. Margulis

4851-1685-3574.1